**Roberta LOPER, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 70085.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 1, 1996.

David Hemingway, Asst. Public Defender, St. Louis, for movant–appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Kurt U. Schaefer, Assistant Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Movant appeals from the dismissal of her Rule 24.035 motion without an evidentiary hearing. The motion court found that she failed to file her motion within ninety days of

her delivery to the department of corrections, Rule 24.035(b). Movant alleges that the time limits of Rule 24.035 are unconstitutional. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).